# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| EDWIN M. FISCHL, | : | No. 96 WAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| AXA LIFE INSURANCE COMPANY, THE | : | |
| EQUITABLE OF COLORADO, INC., THE | : | |
| EQUITABLE LIFE ASSURANCE SOCIETY | : | |
| OF THE UNITED STATES, AXA | : | |
| ADVISORS, LLC., JOHN WALDRON, | : | |
| SOURCE CAPITAL, LTD., PHILIP | : | |
| SCHULTE, RJL GROUP LTD., ROBERT J. | : | |
| LINKOWSKI, STEVE LINKOWSKI, | : | |
| EQUITABLE OF COLORADO INC.-RJL | : | |
| GROUP, AXA EQUITABLE LIFE | : | |
| INSURANCE COMPANY, AXA ADVISORS- | : | |
| SPAGIARE FINANCIAL, BUCHANAN | : | |
| INGERSOLL P.C., | : | |
| | : | |
| Respondents | : | |
| | | |
| EDWIN M. FISCHL, | : | No. 97 WAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| AXA LIFE INSURANCE COMPANY, | : | |
| EQUITABLE OF COLORADO, INC.-RJL | : | |
| GROUP, JOHN WALDRON, PHILIP | : | |
| SCHULTE, AXA  ADVISORS-SPAGIARE | : | |
| FINANCIAL, | : | |
| | : | |
| Respondents | : | |
| | | |
| EDWIN FISCHL, III, PET. | : | No. 98 WAL 2020 |
| | : | |

|  | : |  |
| v. | : | Petition for Allowance of Appeal |
|  | : | from the Order of the Superior Court |
|  | : |  |
| BUCHANAN INGERSOLL & ROONEY, | : |  |
| P.C., BUCHANAN INGERSOLL PC, | : |  |
| LAWRENCE KUREMSKY, ESQUIRE, PNC | : |  |
| BANK, ANDREA FISCHL, EDWIN C. | : |  |
| FISCHL, MARTA FISCHL, AND | : |  |
| JACQUELINE EASLEY, | : |  |
|  | : |  |
| Respondents | : |  |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 22nd day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.